STATE EX REL. COUNSEL FOR DIS. v. KRATVILLE          441
Cite as 290 Neb. 441

State of Nebraska ex rel. Counsel for Discipline
of the Nebraska Supreme Court, relator, v.
Michael B. Kratville, respondent.
___ N.W.2d ___

Filed March 20, 2015.    No. S-15-040.

Original action. Judgment of disbarment.

Heavican, C.J., Wright, Connolly, Stephan, McCormack, Miller-Lerman, and Cassel, JJ.

Per Curiam.

## INTRODUCTION

This case is before the court on the voluntary surrender of license filed by respondent, Michael B. Kratville, on January 15, 2015. The court accepts respondent's voluntary surrender of his license and enters an order of disbarment.

## STATEMENT OF FACTS

Respondent was admitted to the practice of law in the State of Nebraska on April 9, 1986. On April 16, 2013, respondent was indicted by a grand jury in the U.S. District Court for the District of Nebraska for mail and wire fraud and conspiracy to commit mail and wire fraud. On December 4, 2014, respondent entered a guilty plea to one count of wire fraud pursuant to a plea agreement with the U.S. Attorney. The court accepted his plea, and sentencing was set for February 27, 2015.

On January 15, 2015, respondent filed a voluntary surrender of license, in which he stated that he is aware that the Counsel for Discipline is currently investigating the events surrounding his federal indictment. Respondent further stated that he does not contest the truth of the suggested allegations being made against him. Respondent further stated that he freely, knowingly, and voluntarily waived his right to notice, appearance, or hearing prior to the entry of an order of disbarment and consented to the entry of an immediate order of disbarment.

## ANALYSIS

Neb. Ct. R. § 3-315 of the disciplinary rules provides in pertinent part:

> (A) Once a Grievance, a Complaint, or a Formal Charge has been filed, suggested, or indicated against a member, the member may voluntarily surrender his or her license.
>
> (1) The voluntary surrender of license shall state in writing that the member knowingly admits or knowingly does not challenge or contest the truth of the suggested or indicated Grievance, Complaint, or Formal Charge and waives all proceedings against him or her in connection therewith.

Pursuant to § 3-315 of the disciplinary rules, we find that respondent has voluntarily surrendered his license to practice law and knowingly does not challenge or contest the truth of the suggested allegations made against him. Further, respondent has waived all proceedings against him in connection therewith. We further find that respondent has consented to the entry of an order of disbarment.

## CONCLUSION

Upon due consideration of the court file in this matter, the court finds that respondent has stated that he freely, knowingly, and voluntarily admits that he does not contest the suggested allegations being made against him. The court accepts respondent's voluntary surrender of his license to practice law, finds that respondent should be disbarred, and hereby orders him disbarred from the practice of law in the State of Nebraska, effective immediately. Respondent shall forthwith comply with all terms of Neb. Ct. R. § 3-316 (rev. 2014) of the disciplinary rules, and upon failure to do so, he shall be subject to punishment for contempt of this court.

JUDGMENT OF DISBARMENT.